```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
UNITED STATES OF AMERICA,                    :
                                             :
                          Plaintiff,         :
                                             :       21-CR-228 (ALC)
            -against-                        :
                                             :       ORDER
DOUGLAS WATERMAN,                            :
                                             :
                          Defendant.         :
                                             :
------------------------------------------------------------- :
                                                             x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/9/21_____

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Status Conference is set for **April 15, 2021** at **12:45 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:   New York, New York
         April 9, 2021

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**