**MEMO ENDORSED**

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 6, 2023

**By ECF and Email**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/17/23

Re:   *United States v. Douglas Waterman*, 21 Cr. 228 (ALC)

Honorable Judge Carter:

   We write with the government's consent to request that the Court set a trial date in the above-captioned case. The parties have conferred and identified the week of March 25, 2024 as a time when both are available for trial, with the week of March 11, 2024 as an alternative option. Of course, if neither week is viable for the Court, we will confer again and identify additional options that work for the government, defense counsel, and Mr. Waterman.

   The parties are continuing their efforts at a pretrial resolution of this matter. In the meantime, however, the parties agree that it would be prudent to set a trial date so that the case can continue to move forward if a pretrial disposition proves impossible.

   Thank you for your consideration of this request.

Respectfully,

*/s/ Christopher A. Flood*

Christopher A. Flood
Ariel C. Werner
Assistant Federal Defenders
917-751-2050

cc:   AUSAs Kimberly Ravener and Kyle Wirshba

The application is **GRANTED**. Jury Selection and Trial set for 4/29/24 at 10:00 a.m. Time excluded from 11/17/23 to 4/29/24 in the interest of justice.
So Ordered.  */s/ Andrew L. Carter*
11-17-23