```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2-6-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                Plaintiff,

      -against-                                21 CR 228 (ALC)

DOUGLAS WATERMAN,                   **ORDER**

                Defendant.

-------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

A Status Conference is set for **February 9, 2024** at **3:30 p.m.**

SO ORDERED.

Dated:     New York, New York
           February 6, 2024

                                        _____
                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**