```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-2-24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

   -against-                         21-CR-00228 (ALC)

DOUGLAS WATERMAN,                **ORDER**

                Defendant.

-------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

    The Jury Selection and Trial set for April 9, 2024 is CANCELED.

SO ORDERED.

Dated:    New York, New York
            April 2, 2024

                                               _____
                                               ANDREW L. CARTER, JR.
                                               United States District Judge